■ In the Matter of FLORENCE MISH, Appellant, v NATHAN QUINONES, as Chancellor of the Board of Education of the City of New York, et al., Respondents.—Appeal from a judgment of the Supreme Court, Kings County (Shaw, J.), entered July 13, 1990, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Shaw at the Supreme Court. Thompson, J. P., Lawrence, Miller and Santucci, JJ., concur.